**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DURACELL U.S. OPERATIONS, INC., a Delaware corporation;<br><br>Plaintiff,<br><br>v.<br><br>SANSAR GLOBAL (S) PTE. LTD., a Singapore private limited company, and SANSAR GLOBAL TRADING LLC, a New York limited liability company,<br><br>Defendant. | Case No: 18-cv-9478<br><br><br>JURY TRIAL DEMANDED |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Duracell U.S. Operations, Inc. submits this corporate disclosure statement as follows:

There are six companies that own The Duracell Company, all of which are either directly, or indirectly, 100% owned by Berkshire Hathaway, Inc., a publicly traded company.

Dated: December 7, 2018

Respectfully submitted,

By: /s/ Peter Raymond
Peter D. Raymond
Jeremy A. Berman
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Tel: (212) 521-5400
Fax: (212) 521-5450
praymond@reedsmith.com
jberman@reedsmith.com

Robert N. Phillips (*pro hac vice* to be filed)
REED SMITH LLP
101 Second Street – Suite 1800
San Francisco, CA 94105
Tel: (415) 543-8700
Fax: (415) 391-8269
RobPhillips@reedsmith.com

*Attorneys for Plaintiff Duracell U.S. Operations, Inc.*