UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DURACELL U.S. OPERATIONS, INC., a
Delaware Corporation,

                Plaintiff,           Civil Action No. 18-cv-09478
                                        (JSR)

    -against-

SANSAR GLOBAL (S) PTE. LTD., a Singapore
private limited company, and SANSAR          RULE 7.1 STATEMENT
GLOBAL TRADING LLC, a New York limited
liability company,

                Defendants.

------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for defendants Sansar Global (S) Pte. Ltd. and Sansar Global Trading LLC, certifies that Sansar Global (S) Pte. Ltd. and Sansar Global Trading LLC have no parent corporation and that there is no publicly held corporation that owns 10% or more of their stock.

Dated:  New York, New York
           December 13, 2018

                                              COWAN, LIEBOWITZ & LATMAN, P.C.

                                         By: _____
                                              J. CHRISTOPHER JENSEN

                                         Attorney for the Defendants
                                         114 W 47th St.
                                         New York, NY  10036-6799
                                         (212) 790-9200
                                         jcj@cll.com